IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JACK PEAK, | ) | CASE NO.:   1:21-CV-02367 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| -v- | ) | **NOTICE OF REMOVAL** |
| | ) | |
| YELLOW CORPORATION f/k/a YRC | ) | |
| WORLDWIDE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendant Yellow Corporation ("Defendant"), through the undersigned counsel, removes this Court action brought by Plaintiff Jack Peak ("Plaintiff") in the Cuyahoga County Court of Common Pleas styled *Jack Peak v. Yellow Corporation f/k/a YRC Worldwide, Inc.,* assigned Case No. CV 21 955942 (the "State Action"). In support of this Notice of Removal, Defendant states as follows:

1.      On or about November 17, 2021, Plaintiff filed the State Action in the Cuyahoga County Court of Common Pleas.  A true and accurate copy of all process, pleadings, and orders as served upon Defendant in the State Action are attached as Exhibit A, pursuant to 28 U.S.C. § 1446(a).

2.      Defendant was notified of this lawsuit when it was served with a copy of the Summons and Complaint on November 22, 2021.

3.      Defendant is entitled to remove this action to this Court under 28 U.S.C. § 1332 as complete diversity exists between the parties and Plaintiff asserts claims that, if proven, exceed $75,000, exclusive of interest and costs.  Plaintiff requests an award of at least $600,000.  (*See* Compl. ¶¶ 45, 50, 109, 118, 123, 126, and Wherefore Clause.)

4.      Pursuant to 29 U.S.C. § 1446(b), Defendant now timely files this Notice of Removal.  This Notice of Removal is timely under 28 U.S.C. § 1446(b) because fewer than thirty (30) days have elapsed since Defendant was served with a copy of Plaintiff's Complaint.

5.      According to the Complaint, Plaintiff is a resident of the State of Ohio.

6.      Defendant is a Delaware corporation with its headquarters located in Overland Park, Kansas.  (Compl. ¶ 2.)

7.      Thus, as Plaintiff is a citizen of Ohio and Defendant is a Delaware corporation with its principal place of business in Kansas, complete diversity exists.

8.      The United States District Court for the Southern District of Ohio is the district embracing the place where this action was originally filed.  Venue is therefore proper under 28 U.S.C. § 1441(a).

9.      Defendant has filed a true and correct copy of this Notice of Removal with the Clerk of Courts for the Cuyahoga County Court of Common Pleas, together with the Notice filed therein and served upon Plaintiff's counsel.  28 U.S.C. § 1446(d).  A true and accurate copy of Defendant's Notice filed with the Cuyahoga County Court of Common Pleas is attached as Exhibit B.

10.     Defendant will separately file its Corporate Disclosure Statement.  Fed. R. Civ. P. 7.1.

11.     By filing this Notice of Removal, Defendant does not waive any defenses that may be available.

12.     Defendant requests that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of further proceedings in the state court, in accordance with the law.

WHEREFORE, Defendant files this Notice of Removal so that the entire State Action, Case No. CV 21 955942, now pending in Cuyahoga County Court of Common Pleas, Ohio may be removed to this Court for all further proceedings.

Respectfully submitted,

*s/ Corey N. Thrush*
Corey N. Thrush (0085985)
Bruce G. Hearey (0009087)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
216.241.6100
216.357.4733 (FAX)
Email:  corey.thrush@ogletre.com
bruce.hearey@ogeltree.com

*Attorneys for Defendant Yellow Corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy of the foregoing was also sent via email to:

Richard C. Haber
Marc A. Duvin
Haber LLP
3201 Enterprise Parkway, Suite 220
Beachwood, OH 44122
rhaber@haberllp.com
mduvin@haberllp.com

*Attorney for Plaintiff*

s/ Corey N. Thrush
*Attorney for Defendant Yellow Corporation*

49596909.1